## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **JEDADIAH WIPPLINGER, Husband and Wife; and KYLEIGH WIPPLINGER, Husband and Wife;** | |
| **Plaintiffs,** | **4:23CV3199** |
| **vs.** | **ORDER** |
| **FLAGSTAR BANK, FSB,** | |
| **Defendant.** | |

This matter is before the court following a status conference held by telephone with counsel for the parties on January 24, 2024.  Counsel have advised the court that the parties have conferred and agreed to a stay of case deadlines until they conduct mediation.  Accordingly,

**IT IS ORDERED**:

1.    All remaining case progression deadlines are stayed, and all hearings are terminated, pending the outcome of mediation.

2.    The parties shall notify the court within 7-days of when they choose a mediator and schedule a mediation date and shall advise the court of the outcome of mediation within 7-days after it takes place.

3.    If mediation is unsuccessful, the parties shall contact the chambers of the undersigned magistrate judge to schedule a telephone conference to reset any remaining case progression deadlines.

Dated this 24th day of January, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge